Wesley M. Griffith, SBN 286390
**ALMEIDA LAW GROUP LLC**
111 W. Ocean Blvd., Suite 426
Long Beach, CA 90802
Telephone: 310-896-5813
wes@almeidalawgroup.com

David S. Almeida (*pro hac vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Telephone: 708-437-6476
david@almeidalawgroup.com

*Counsel for Plaintiff*

Timothy J. Lowe, *pro hac vice* to be filed
**MCDONALD HOPKINS LLC**
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
Telephone: 248-940-9282
tlowe@mcdonaldhopkins.com

Jennifer W. Torrez, *pro hac vice* to be filed
**MCDONALD HOPKINS LLC**
300 N. LaSalle, Ste. 1400
Chicago, IL 60654
Telephone: 312-642-7056
jtorrez@mcdonaldhopkins.com

*Counsel for Defendant Next Health Management Group, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.C., individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXT HEALTH MANAGEMENT GROUP, INC.,<br><br>Defendant. | Case No. 2:25-cv-05757-SRM-JPR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Serena R. Murillo<br><br>Action Filed: June 24, 2025<br>Trial Date: None Set |

-1-

JOINT NOTICE OF SETTLEMENT; Case No. 2:25-cv-05757-SRM-JPR

Pursuant to Local Rule 16-15.7, Plaintiff J.C. and Defendant Next Health Management Group, Inc. (collectively, the "Parties") hereby report to this Court that they have reached a confidential settlement of Plaintiff's individual claims in the above-referenced matter. The Parties are in the process of reducing the terms of their settlement to a formal written settlement agreement and will file a Joint Stipulation of Dismissal once the Parties finalize the terms of the settlement agreement. The Parties respectfully request that the Court stay all pending deadlines, including, but not limited to, Defendant's deadline to respond to the Complaint while the Parties finalize the terms of the settlement agreement.

Dated: November 17, 2025

**ALMEIDA LAW GROUP LLC**

By: */s/ Wesley M. Griffith*
Wesley M. Griffith

*Counsel for Plaintiff*

Dated: November 17, 2025

**MCDONALD HOPKINS LLC**

By: */s/ Jennifer W. Torrez*
Jennifer W. Torrez

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service

By: */s/ Wesley M. Griffith*
Wesley M. Griffith

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Wesley M. Griffith, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Wesley M. Griffith*
Wesley M. Griffith